STEVEN G. KALAR
Federal Public Defender
Northern District of California
LISA MA
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:        Lisa_Ma@fd.org

Counsel for Defendant Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 20–300 HSG |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | **Court:**         Courtroom 2, 4th Floor |
| JAMES DAVID ALLEN, II | |
| Defendant. | |

    The Federal Public Defender was previously appointed as counsel for defendant in the above captioned action.  Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Lisa Ma, enters their general appearance as lead counsel for defendant.  Counsel's contact information is listed above.

1
2      Dated:    September 23, 2020                Respectfully submitted,
3
                                                   STEVEN G. KALAR
4                                                  Federal Public Defender
                                                   Northern District of California
5
                                                            /S
6                                                  LISA MA
                                                   Assistant Federal Public Defender
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE
*ALLEN*, CR 20–300 HSG

2