1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

           Plaintiff,

     v.

JAMES DAVID ALLEN,

           Defendant.

Case No.  20-cr-00300-HSG-1

**SCHEDULING ORDER**

On September 21, 2020, the Court held an initial status conference and set dates for a pretrial conference and jury trial.  Dkt. No. 15.  During the initial status conference, the Court scheduled the pretrial conference for October 5, 2020, and set trial for October 13, 2020.  *Id.*  On September 23, 2020, Defendant filed a Motion to Suppress Evidence, Dkt. No. 20, and the government filed a motion to set a briefing schedule on the Motion to Suppress.  Dkt. No. 22. Having considered the parties' proposals, the Court **SETS** the following briefing schedule and hearing date for the Motion to Suppress:

     Government's Response Due: October 7, 2020

     Defendant's Reply Due: October 14, 2020

     Hearing on Motion to Suppress:  October 21, 2020 at 2:00 P.M.

     The Court further **SCHEDULES** the pretrial conference for October 21, 2020 at 2:00 P.M. The Court also **SETS** Friday, November 6, 2020 at 8:30 a.m. for jury selection, and Monday, November 9, 2020 at 8:30 a.m. for opening statements and commencement of the presentation of evidence.  The previously-set October 5 pretrial and October 13 trial dates are **VACATED**.

     Finally, the Court **SETS** an in-person status conference on September 30, 2020 at 10:00 A.M.  In light of the evolving developments with coronavirus (COVID-19) and consistent with

United States District Court
Northern District of California

1  General Order No. 72-6, the hearing will take place in Courtroom 1 on the Fourth Floor, at 1301

2  Clay Street, Oakland, California.  In order to protect the health of parties, attorneys, and court

3  staff, no more than ten people will be permitted in the courtroom during the hearing.  This

4  includes the Judge, Courtroom Deputy, U.S. Marshals, attorneys, and Defendant.  To streamline

5  the in-person proceedings, the Court **DIRECTS** the parties to meet and confer to discuss who will

6  attend the hearing and email the list of proposed attendees (with all counsel cc'd) to

7  HSGpo@cand.uscourts.gov.  The parties shall email the Court by no later than Monday,

8  September 28, 2020.

9         All persons attending the hearing in person must take the pre-screening questionnaire on

10  the Court's website:  http://cand.uscourts.gov/wp-content/uploads/2020/05/CAND-COVID-19-

11  Pre-Screening-Questionnaire.pdf.  U.S. Probation and/or Pretrial Services officers may appear

12  telephonically, and all others who are not present but wish to listen to the proceedings may do so

13  by calling in, using the following credentials:

14         **Dial-In:**  888-808-6929

15         **Passcode:**  6064255

16         Persons granted remote access to court proceedings are reminded of the general prohibition

17  against photographing, recording, and rebroadcasting of court proceedings (including those held

18  by telephone or videoconference).  *See* General Order 58 at Paragraph III.  Any recording of a

19  court proceeding held by video or teleconference, including "screen-shots" or other visual copying

20  of a hearing, is absolutely prohibited.  Violation of these prohibitions may result in sanctions,

21  including removal of court-issued media credentials, restricted entry to future hearings, or any

22  other sanctions deemed necessary by the court.

23         **IT IS SO ORDERED.**

24  Dated: 9/24/2020

25

26  HAYWOOD S. GILLIAM, JR.
    United States District Judge

27

28